UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. Cr. No. 06-033-01S

JOSEPH D'ANNA

**MOTION TO EXTEND TIME FOR DEFENDANT TO SURRENDER**

Now comes the Defendant Joseph D'Anna and respectfully requests that this Honorable Court continue the date set for Defendant to self-surrender to serve the 60 day term of incarceration imposed by this Court, which is Monday, August 28, 2006 at 12 noon, for one week to Tuesday, September 5, 2006, for the reason that the United States Marshal's Service advised counsel yesterday that the Bureau of Prisons has not yet designated Defendant to a particular facility. Particularly in light of the short term of incarceration imposed by this Court on Defendant, Defendant submits that it makes little sense for him to travel from his home in New Jersey to surrender in Rhode Island and then to spend a substantial percentage of his prison term either "in transit" or at a pretrial detention facility. Counsel has been advised that Defendant's designation is in process, and will soon be forthcoming.

JOSEPH D'ANNA
Defendant
By His Attorney,

/s/Judith Crowell, Esq. #1993
128 Dorrance Street
Fourth Floor
Providence, RI 02903
(401) 272-6600

**CERTIFICATION**

I hereby certify that on August 24, 2006, I filed a copy of this Motion via e-filing, with a copy to AUSA Lee Vilker.

/s/ Judith Crowell, Esq.